IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL,

Plaintiff,

MISC 05 -157 ML

VS.

CASE NUMBER: 1:03-cv-3595-GET

PHILIP JOSEPH REILLY, M.D.,

Defendant.

## JUDGMENT

This action having come before the court, Honorable G. Ernest Tidwell, United Stated District Judge, for consideration of the Bankruptcy Court's findings and recommendations, and the court having adopted said recommendations, it is

**Ordered and Adjudged** that judgment is entered in favor of the plaintiff, Physicians Reliance Association, Inc, by and through its Chapter 7 Trustee, James R. Marshal, and against PHILIP JOSEPH REILLY, M.D. in the principal amount of $4,000.00, together with pre-judgment interest in the amount of $1,015.26, and post-judgment interest on the principal sum at the legal rate of $1.22% per annum, together with costs of $72.88.

Dated at Atlanta, Georgia, this 28th day of January 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: B. McDonnell
Deputy Clerk

Prepared, Filed, and Entered
In the Clerk's Office
(date entered on docket) JAN 28 2004
Luther D. Thomas
Clerk of Court

By: B. McDonnell
Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

OCT 27 2005

Luther D. Thomas, Clerk
By:
Deputy Clerk